**DONALD H. HAZELTON, P.C.**
Attorney at Law
245 Hillside Avenue
Williston Park, New York 11596
Telephone: (516) 742-7200

Facsimile: (516) 742-4080

July 29, 2016

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   Joseph Perrone v. Rose Ann Amato, et al.
      <u>Cv-09 316 (TCP) (AKT)</u>

Dear Magistrate Tomlinson:

    We represent plaintiff Joseph Perrone in the above referenced action.

    The trial of this action was conducted before Your Honor some time ago. To date, no decision has been forthcoming. While our client is aware that the Court is quite busy, he is concerned and upset that a decision has not been issued.

    We would, therefore, respectfully request that the Court advise as to when a decision can be expected.

Very truly yours,

Donald H. Hazelton, P.C.

By: _____
Donald H. Hazelton
DH 7876

To:   Mark E. Goidell, Esq.
      Attorney for Defendant Rose Ann Amato

      Jack Amato, pro se defendant